# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 34 EAL 2023

      Respondent

                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court

      v.

ANGEL MALDONADO,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,  : No. 35 EAL 2023

      Respondent

                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court

      v.

ANGEL MALDONADO,

      Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.